```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

THELMA STEWART,                    )
                                   )
               Plaintiff,          )
                                   )
         v.                        )    10 C 7305
                                   )
THE BRACHFELD LAW GROUP, a         )
California Professional            )
corporation, and LVNV FUNDING      )
LLC, a Delaware limited            )
liability company,                 )
                                   )
               Defendants.         )
```

### MEMORANDUM ORDER

Counsel for plaintiff Thelma Stewart ("Stewart") has, as instructed, favored this Court with a copy of a letter to her that (1) encloses a copy of the November 16, 2010 memorandum opinion and order dismissing her action and (2) states in part:

> We are currently evaluating this matter to determine if we should appeal this decision, or file her case in a different district.

Although this Court remains firmly committed to the substantive view expressed in the dismissal order, if Stewart's counsel is indeed giving serious consideration to the possibility of pursuing her claim in an appropriate venue, this Court has no desire to see Stewart (or even her counsel) saddled with the prospect of preparing a new complaint and incurring a new $350 filing fee.

Accordingly this Court sua sponte vacates its dismissal of the Complaint and this action. This vacatur is conditional,

however: If Stewart's counsel does not indeed direct this Court, on or before December 17, to transfer this action to another judicial district, the order of dismissal will be reinstated.

_____
Milton I. Shadur
Senior United States District Judge

Date:     December 6, 2010