IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Brenda Stewart, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10 C 7305 |
| The Brachfeld Law Group, a California professional corporation and LVNV Funding, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | Judge Shadur |
|     Defendants. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

    Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendants, with prejudice.

Dated: December 9, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 9, 2010, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on December 9, 2010, by 5:00 p.m.

The Brachfeld Law Group
c/o Corporation Service Company, as registered agent
251 E. Ohio Street
Suite 500
Indianapolis, Indiana 46204

Michael Bahner, Managing Counsel
LVNV Funding, LLC
15 S. Main Street
Suite 600
Greenville, South Carolina 29601

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com