# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Thelma Stewart

                        Plaintiff,

v.                                                     Case No.: 1:10−cv−07305

                                                          Honorable Milton I. Shadur

The Brachfeld Law Group, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2010:

      MINUTE entry before Honorable Milton I. Shadur:Civil case terminated. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.